IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **DONALD SIE PATNELLI,** | : | |
| Petitioner, | : | |
| vs. | : | CIVIL ACTION 06-00649-CG-B |
| **DAVID O. STREIFF,** *et al.,* | : | |
| Respondents. | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that this petition be and is hereby dismissed as moot.

**DONE and ORDERED** this  1st  day of August, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE